## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of Kindred Healthcare, Inc. and/or its parent, subsidiary, predecessor, successor, affiliated, and related companies to pay me proper wages as required under state and/or federal law. I authorize the representative plaintiffs and designate the representatives as my agents to make decision on my behalf concerning the litigation, the method of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit, and I also hereby designate Plaintiff's counsel, Klafter Olsen & Lesser LLP to represent me in the suit.

_Lisa L Samuel_  
Signature

_2-25-10_  
Date

_Lisa L Samuel_  
Print Name

---

REDACTED